# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   NO. 4:11CR00153-001  SWW | |
| RICHARD LEE JOHNSON | DEFENDANT |

## ORDER

Pending before the Court is the above-named defendant's pro se motion for early termination of supervised release (doc #48). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before twenty (20) days after the date of entry of this Order.

IT IS SO ORDERED this 11th day of June 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE